

# DELBERT HOSEMANN
*Secretary of State*

## Qualifying Statement of Intent
### CANDIDATE FOR PARTY NOMINATION

I, __Michael Brown__
*(Please print name, as it will appear on the ballot)*

a qualified elector of the County of __Jefferson__, State of Mississippi;

do hereby declare my candidacy as for the __Democratic__ Party nomination for
*(Political Party)*

the office of __Superintendent of Education__ _____ District (if applicable)
*(Complete name of office sought)*

at the Primary Election to be held on __August 4, 2015__.
*(Date of Primary)*

Name: __Brown__   __Michael__   _____
        *Last*       *First*     *Middle*

Date of Birth: __12__ / __29__ / __1968__
            *Month*  *Day*   *Year*

Mailing Address: __196 Covenant Court__   __Lorman MS 39096__
                                                            *City, State, Zip Code*

Street Address: __196 Covenant Court__   __Lorman MS 39096__
                                                             *City, State, Zip Code*

Phone Number: (__601__) __807-2325__   Email Address: __pastorbrown@live.com__

I hereby certify that: (mark as applicable):

☐ I have never been convicted of bribery, perjury or other infamous crime, being defined as a crime punishable by confinement in the penitentiary.

☐ I have never been convicted of a felony in federal court after December 8, 1992, nor of a crime in the court of another state which is a felony in this state, after December 8, 1992, as provided in Section 44 of the Mississippi Constitution.

☐ I meet all constitutional, statutory and other legal requirements to hold said office.

Signature of Candidate __Michael Brown__   Date __2-24-15__

Received by: __Marcia White, D.C.__   Date __2-24-15__
        *Signature*          *Title*

**RECEIVED & FILED**

**FEB 24 2015**

ARNELL HARRIED, Circuit Clerk
By: _____ D.C.

**EXHIBIT B**

INTERNAL OFFICE USE:
STMNT OF INT W SIG _____
PETITION W CERT _____

DATE STAMP