IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL BROWN

                                                  **PLAINTIFF**

VS.                         **CIVIL ACTION NO. 5:12-cv-00119-DPJ-FKB**

JEFFERSON COUNTY SCHOOL DISTRICT,
by and through its Superintendent, TRACEY M. COOK;
JEFFERSON COUNTY BOARD OF EDUCATION,
by and through its President, ROOSEVELT ANDERSON;
the MISSISSIPPI DEPARTMENT OF EDUCATION; and
JOHN DOES NOS. 1-10

                                                  **DEFENDANTS**

## AGREED ORDER SUBSTITUTING COUNSEL FOR THE PLAINTIFF

THIS CAUSE having come on to be heard pursuant to the motion, ore tenus, of the plaintiff, Michael Brown, by and through his undersigned counsel, Paul A. Koerber, Esq., and Carroll Rhodes, Esq., to substitute Carroll Rhodes, Esq., as counsel for the plaintiff, Michael Brown, in the place of Paul A. Koerber, Esq., and the Court now being fully advised in the premises is of the opinion and finds that said motion is well taken and the relief requested should be and is hereby granted.

IT IS, THEREFORE, ORDERED that Carroll Rhodes, Esq., is hereby substituted as counsel for the plaintiff, Michael Brown, in the place of Paul A. Koerber, Esq.

SO ORDERED, this the 25th day of March, 2015.

                                            /s/ F. Keith Ball
                                            UNITED STATES MAGISTRATE-JUDGE

AGREED TO:

*/s/ Paul A. Koerber*
PAUL A. KOERBER, ESQ., MSB # 4239

*/s/ Carroll Rhodes*
CARROLL RHODES, ESQ., MSB # 5314